# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MORGAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN STORES COMPANY LLC dba ALBERTSON'S #6757; ASP REALTY, INC.; NEW ALBERTSON'S INC.,<br><br>　　　　Defendants. | Case No.  06-CV-02437 JM (RBB)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO PARTICIPATE BY TELEPHONE IN THE EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>Date:　　　January 17, 2007<br>Time:　　　8:30 a.m.<br>Dept:　　　Courtroom B |

Complaint Filed:　November 3, 2006
Trial Date:　　　　None Set

　　Having considered Defendants American Stores Ccompany, LLC dba Albertson's #6757; ASP Realty Inc.; and New Albertson's Inc.'s ("Defendants") request for permission to participate by telephone in the Early Neutral Evaluation Conference and good cause appearing therefore, IT IS HEREBY ORDERED that Defendants may participate in the Early Neutral Evaluation Conference by having their principal attorney responsible for the litigation present in person and by having their representative in Boise, Idaho participate by telephone.

Dated:  January 3, 2007

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Ruben Brooks*
　　　　　　　　　　　　　　　　　　　　HONORABLE RUBEN B. BROOKS
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE