1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| RICHARD MORGAN, | Case No. 06-CV-02437 JM (RBB) |
|---|---|
| Plaintiff, | **ORDER DENYING DEFENDANTS' REQUEST TO ALLOW REPRESENTATIVE TO PARTICIPATE BY TELEPHONE AT FURTHER SETTLEMENT CONFERENCE** |
| vs. | |
| AMERICAN STORES COMPANY LLC dba ALBERTSON'S #6757; ASP REALTY, INC.; NEW ALBERTSON'S INC., | |
| | Date:    March 23, 2007 |
| Defendants. | Time:    10:00 a.m. |
| | Dept:    Courtroom B |
| | Complaint Filed:   November 3, 2006 |
| | Trial Date:           January 14, 2008 |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

- 1 -
ORDER DENYING DEFENDANTS' REQUEST TO ALLOW REPRESENTATIVE TO PARTICIPATE BY
TELEPHONE AT FURTHER SETTLEMENT CONFERENCE

1    The Court considered Defendants American Stores Company, LLC dba
2  Albertson's #6757; ASP Realty Inc.; and New Albertson's Inc.'s ("Defendants")
3  request for permission to again allow its representative to participate by telephone at the
4  Further Settlement Conference on March 23, 2007, at 10:00 a.m.  Because good cause is
5  lacking, IT IS HEREBY ORDERED that Defendants may not participate in the Further
6  Settlement Conference by having their principal attorney responsible for the litigation
7  present in person and by having their representative in Boise, Idaho participate by
8  telephone.

10  Dated:  March 5, 2007

11
12                    HONORABLE RUBEN B. BROOKS
                      UNITED STATES MAGISTRATE JUDGE