FILED

2007 AUG 14  AM 8: 34

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ ⟋⟋⟋_____DEPUTY

1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone:  (530) 895-3252
4  Fax:  (530) 894-8244

5  Attorneys for Plaintiff

6

7  SCOT WILSON, SBN 223367
   CALL JENSEN & FERRELL
8  610 Newport Center Drive, Suite 700
   Newport Beach, CA 92660
9  Telephone: (949) 717-3000
   Fax: (949) 717-3100

10 Attorney for Defendants

11

12

13                 UNITED STATES DISTRICT COURT

14               SOUTHERN DISTRICT OF CALIFORNIA

15

16 RICHARD MORGAN,                      Case No. 06cv2437 JM (RBB)

17      Plaintiff,

18 v.                                   **JOINT MOTION FOR DISMISSAL**

19 AMERICAN STORES COMPANY, LLC, dba
   ALBERTSON'S #6757 et al.,
20
21      Defendants.
                                   /
22

23

24

25

26

27

28

1      IT IS HEREBY JOINTLY REQUESTED, by plaintiff, RICHARD MORGAN, and

2 defendants, AMERICAN STORES COMPANY, LLC dba ALBERTSON'S #6757; ASP

3 REALTY, INC.; and NEW ALBERTSON'S INC., that this Court enter a dismissal with

4 prejudice of plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41.

5      The dismissal with prejudice shall dismiss the action in its entirety.

6

7

8 Dated:  .July 24, 2007              DISABLED ADVOCACY GROUP, APLC

9

10                     /s/ Scottlynn J Hubbard, IV
                    SCOTTLYNN J HUBBARD, IV

11                     Attorney for Plaintiff

12

13 Dated:   July 24, 2007             CALL JENSEN & FERRELL

14

15                     /s/ Scot Wilson
                    SCOT WILSON

16                     Attorney for Defendants

17

18

19                     IT IS SO ORDERED

20                     DATED  8/10/07

21                     UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

1

<u>PROOF OF SERVICE</u>

2

STATE OF CALIFORNIA, COUNTY OF BUTTE

3

I, Scottlynn J Hubbard, IV, am employed in the aforesaid County; I am over the age of 18 years and not a party to the within action; my business address is 12 Williamsburg Lane, Chico, Butte County, California 95926.

4

5

On July 24, 2007, I caused to be served the document(s) described as: **JOINT MOTION FOR DISMISSAL** on the interested parties in this action as follows:

6

On all parties identified for Notice of Electronic Filing generated by the Court's CM/ECF filing system under the above referenced case number and case caption on this date in the following manner:

7

8

The following is a procedure in which service of this document was effected:

9

(xx )    ELECTRONIC SERVICE - by causing the document to be served via the Court's ECF Filing System.

10

( )    OVERNIGHT DELIVERY - by causing said envelope(s) to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressee(s).

11

( )    FAX - by transmitting pursuant to Rules 2001 et seq., the above-described document(s) by facsimile machine (which complied with Rule 2003(3)). The transmission originated from facsimile phone number (530) 894-8244, and was reported complete without error. The facsimile machine properly issued a transmission report.

12

13

14

( )    PERSONAL SERVICE - by causing to be delivered such document by hand to the offices of the addressee(s).

15

16

17

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

18

19

DATED: July 24, 2007        /s/ Scottlynn J Hubbard, IV
                                              Scottlynn J Hubbard, IV

20

21

22

23

24

25

26

27

28